# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. ADAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YATES, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01826-AWI-DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION FOR PLAINTIFF'S FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM<br><br>THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. 1915(g) |

　　　　Plaintiff Kevin D. Adams ("plaintiff") is a former state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On March 24, 2008, this court dismissed Plaintiff's amended complaint for failure to state a claim and ordered Plaintiff to file any amended complaint within thirty days.   When more than thirty days passed and Plaintiff had not complied with or otherwise responded to the court's order. On May 15, 2008, the Magistrate Judge filed a Findings and Recommendations that recommended the court dismiss this action for Plaintiff's failure to state a claim and Plaintiff's failure to comply with the court's order.  The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days.  Plaintiff did not file a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

1

and Recommendations to be supported by the record and by proper analysis. In light of the court's March 24, 2008 order, this case can be dismissed for Plaintiff's failure to comply with a court order and failure to state a claim. See Lopez v. Smith, 203 F.3d 1122 (9th Cir. 2000) (if court determines that complaint fails to state claim, leave to amend may be granted to extent that complaint's deficiencies can be cured); Noll v. Carlson, 809 F. 2d 1446, 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend prior to dismissing for failure to state a claim).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 15, 2008, is adopted in full; and
2. This action be dismissed, with prejudice, for plaintiff's failure to obey the court's order of March 24, 2008, and for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED.

**Dated:   June 24, 2008**                    /s/ Anthony W. Ishii
                                            UNITED STATES CHIEF DISTRICT JUDGE